1  GARMAN TURNER GORDON LLP
   ERIKA PIKE TURNER
2  Nevada Bar No. 6454
   Email: eturner@gtg.legal
3  MICHAEL R. ESPOSITO
   Nevada Bar No. 13482
4  Email: meposito@gtg.legal
   650 White Drive, Suite 100
5  Las Vegas, Nevada 89119
   Tel: (725) 777-3000
6  Fax: (725) 777-3112

7  *Attorneys for Defendants Bristol-Myers Squibb Company, Carries Stiles, and Cindy Pierce*

8
9  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   ADAM K. BULT, ESQ.
   Nevada Bar No. 9332
10 MAXIMILIEN D. FETAZ, ESQ.
   Nevada Bar No. 12737
11 MACKENZIE WARREN, ESQ.
   Nevada Bar No. 14642
12 100 North City Parkway, Suite 1600
   Las Vegas, NV 89106-4614
13 Phone: (702) 382-2101
   Fax: (702) 382-8135
14
   *Attorneys for Defendant*
15 *Otsuka America Pharmaceutical, Inc.*

FILED ✓ / RECEIVED ___
ENTERED ___ / SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAY - 7 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

16              UNITED STATES DISTRICT COURT

17                FOR THE DISTRICT OF NEVADA

18
19  CHARLES JOHNSON, et al.,                    CASE NO. 3:18-cv-00143-MMD-VPC
                                                ORDER
20                  Plaintiffs,
                                                STIPULATION FOR ORDER TO
21       v.                                     VACATE ORDER SETTING CASE
                                                MANAGEMENT CONFERENCE
22  BRISTOL-MYERS SQUIBB COMPANY, et al.,

23                  Defendants.

24

25       Plaintiffs Charles Johnson, Joan Rhoads, Sherrie Maguire, Joseph Rodarte, and Michael

26  McCollum (collectively, "Plaintiffs") and Defendants Bristol-Myers Squibb Company ("BMS"),

27  Otsuka America Pharmaceutical, Inc. ("OAPI"), Carrie Stiles, and Cindy Pierce (collectively,

28  "Defendants") hereby stipulate and agree that, with the approval of this Court, the *Order Setting*

*Case Management Conference* should be vacated for the following reasons:

## RECITALS

1. This case, which alleges that the prescription drug Abilify® caused Plaintiffs to engage in compulsive behaviors such as pathological gambling, was removed to this Court on the basis of diversity jurisdiction. ECF 1.

2. On April 4, 2018, the Judicial Panel on Multidistrict Litigation (the "JPML") ordered that this case be transferred conditionally to the Abilify® multidistrict litigation (the "MDL") in the Northern District of Florida, where more than 1,000 involving similar claims that Abilify caused pathological gambling are pending. Case MDL No. 2734, ECF No. 139.

3. Plaintiffs have filed a motion to remand this case, ECF No. 8, and have opposed the motion to vacate, Case MDL No. 2734, ECF No. 148.

4. Defendants have moved to stay all proceedings in this case, including decision on the remand motion, pending the JPML's decision on the transfer of this case to the MDL. ECF No. 23. Briefing on the Motion to Stay is under way.

5. On April 23, 2018, this Court entered an *Order Setting Case Management Conference* pursuant to Fed. R. Civ. P. 16 and Local Rule ("LR") 16-2 (the "Case Management Order"), setting a case management conference for Thursday, May 17, 2018 and ordering the filing of a joint case management report not less than seven (7) court dates before the case management conference.

6. Depending on how the Court rules on the pending options, this case will be either transferred to the MDL or remanded to state court. As such, there is no benefit to proceeding with the case management conference and its corresponding deadlines. Vacating the Case Management Order is thus warranted.

7. Accordingly, the parties stipulate and agree that vacating the Case Management Order until a decision is entered on the Motion to Vacate or the Motion to Remand serves the best interests of judicial economy, minimizes litigation expense, and otherwise preserves the resources of the parties.

///

## STIPULATION

8. Accordingly, subject to this Court's authorization and approval, the parties stipulate and agree as follows:

    a. The Case Management Order and all related meet and confer and reporting obligations thereto are hereby vacated.

    b. The case management conference set for May 17, 2018 at 10:00 AM in Reno Courtroom 1 before Magistrate Judge Valerie P. Cook is hereby vacated.

DATED this 4th day of May, 2018

GARMAN TURNER GORDON LLP

/s/ Michael R. Esposito
ERIKA PIKE TURNER
Nevada Bar No. 6454
MICHAEL R. ESPOSITO
Nevada Bar No. 13482
650 White Drive, Suite 100
Las Vegas, Nevada 89119
*Attorneys for Defendants Bristol-Myers Squibb Company, Carrie Stiles, and Cindy Pierce*

DATED this 4th day of May, 2018

WETHERALL GROUP, LTD.

/s/ Peter C. Wetherall
PETER C. WETHERALL
Nevada Bar No.: 4414
9345 W. Sunset Rd., Ste. 100
Las Vegas, NV 89148

NATHAN R. MORRIS
Nevada Bar No.: 11847
GARRY B. TRINH
Nevada Bar No.: 14289
BIGHORN LAW, LLC
716 S. Jones Blvd.
Las Vegas, Nevada 89107

DATED this 4th day of May, 2018

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Maximilien D. Fetaz
ADAM K. BULT
Nevada Bar No. 9332
MAXIMILIEN D. FETAZ
Nevada Bar No. 12737
MACKENZIE WARREN
Nevada Bar No. 14642
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorneys for Defendant Otsuka America Pharmaceutical, Inc.*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: May 7, 2018

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED.

_____
United States Magistrate Judge
DATED: _____, 2018

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned, an employee of Garman Turner Gordon LLP, hereby certifies that on |
| 3 | the 4th day of May, 2018, she caused a copy of the foregoing **STIPULATION FOR ORDER** |
| 4 | **TO VACATE ORDER SETTING CASE MANAGEMENT CONFERENCE**, to be served |
| 5 | electronically to all parties of interest through the Court's CM/ECF system as follows: |

PETER C. WETHERALL
Nevada Bar No.: 4414
WETHERALL GROUP, LTD.
9345 W. Sunset Rd., Ste. 100
Las Vegas, NV 89148
Email: pwetherall@wetherallgroup.com

NATHAN R. MORRIS
Nevada Bar No.: 11847
GARRY B. TRINH
Nevada Bar No.: 14289
BIGHORN LAW, LLC
716 S. Jones Blvd.
Las Vegas, Nevada 89107
Email: Nathan@bighornlaw.com;
garry@bighornlaw.com

ADAM K. BULT
MAXIMILIEN D. FETAZ
MACKENZIE WARREN
BROWNSTEIN HYATT FARBER SCHRECK, LLP
Nevada Bar No. 14642
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Email: abult@bhfs.com; mfetaz@bhfs.com;
wcosby@bhfs.com;

/s/ Anna Diallo
_____
An employee of
GARMAN TURNER GORDON LLP